**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

SHIRLEY MUHLEISEN, INDIVIDUALLY AND                 CIVIL ACTION
ON BEHALF OF THE MINOR CHILD, DEVON
MUHLEISEN

VERSUS                                              NUMBER: 11-1475

RECEIVABLE RECOVERY SERVICES, LLC                   SECTION: "C" 3

**J U D G M E N T**

Considering the Court having granted defendant's motion to reconsider regarding record

document no. 33 and ordered the case dismissed, record document no. 87; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be and

is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 23rd day of July 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE